```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
```

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ADAMS )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>Commissioner of Social Security )<br>of the United States of America, )<br>)<br>    Defendant. )<br>)<br>) | CASE NO. CIV-09-02437-KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 19, 2010, to June 18, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: April 19, 2010        */s/Bess M. Brewer*
                                            BESS M. BREWER
                                            Attorney at Law

                                            Attorney for Plaintiff

Dated: April 19, 2010        Benjamin G. Wagner

                                            United States Attorney

                                            */s/Timothy Bolin*
                                            TIMOTHY BOLIN
                                            Special Assistant U.S. Attorney
                                            Social Security Administration

                                            Attorney for Defendant

                                                          **ORDER**

APPROVED AND SO ORDERED.

DATED: April 20, 2010.

                                                          _____
                                                          U.S. MAGISTRATE JUDGE