1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREA ADAMS** | CASE NO. CIV-09-02437-KJM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 18, 2010, to July 20, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

1

Dated: June 17, 2010                          */s/Bess M. Brewer*
                                                    BESS M. BREWER
                                                    Attorney at Law

                                                    Attorney for Plaintiff


Dated: June 21, 2010                          Benjamin B. Wagner

                                                    United States Attorney

                                                   */s/Timothy Bolin*
                                                   TIMOTHY BOLIN
                                                   Special Assistant U.S. Attorney

                                                   Attorney for Defendant


                                                   **ORDER**

APPROVED AND SO ORDERED.

DATED: June 22, 2010.




                                                   U.S. MAGISTRATE JUDGE