1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA ADAMS** | CASE NO. CIV-09-02437-KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 20, 2010, to August 4, 2010 .   This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1
2
3  Dated: July 20, 2010              */s/Bess M. Brewer*
                                    BESS M. BREWER
4                                   Attorney at Law
5                                   Attorney for Plaintiff
6
7
   Dated:July 20, 2010              Benjamin B. Wagner
8
                                    United States Attorney
9
                                    */s/Timothy Bolin*
10                                  TIMOTHY BOLIN
                                    Special Assistant U.S. Attorney
11
12                                  Attorney for Defendant
13
14                                          **ORDER**
15 APPROVED AND SO ORDERED.
16 DATED:  July 22, 2010.
17
18
19                                  _____
20                                  U.S. MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2